JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NASRIN SESAR, an individual,

               Plaintiff,

  vs.

PARKER HANNIFIN CORPORATION; and DOES 1 through 100, inclusive,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: SACV16-00140 JVS (DFMx)

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

The Court having reviewed the Stipulation for Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of Plaintiff NASRIN SESAR and Defendant PARKER HANNIFIN CORPORATION (collectively, "The Parties"), by and through their respective counsels of record, hereby ORDERS as follows:

     1)    The above-captioned action, including all claims and counter-claims, is hereby dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

///

1

2)   Each party shall bear its own costs, expenses, and attorneys' fees related to this action.

**SO ORERED:**

Date:  December 13, 2016

_____
HON. JAMES V. SELNA, JUDGE
UNITED STATES DISTRICT COURT

2

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL